# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR422 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| MAGNO ARTEAGA-MARROQUIN, | ) | |
| | ) | |
| Defendants. | ) | |

NOW ON THIS 14th day of March, 2011, this matter is before the Court on the United States' Motion for Dismissal. The Court, being duly advised in the premises, finds said Motion should be sustained.

IT IS HEREBY ORDERED:

1. Leave of Court is granted for the United States to dismiss, without prejudice, the Indictment and Superseding Indictment filed herein as to the Defendant, MAGNO ARTEAGA-MARROQUIN.

2. The Indictment and Superseding Indictment filed herein are hereby dismissed, without prejudice, as they pertains to the Defendant, MAGNO ARTEAGA-MARROQUIN.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge