# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:10CR422 |
| vs. | ) | ORDER |
| MAGNO ARTEAGA-MARROQUIN, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of the government to release the material witness, Melvin Arteaga-Marroquin (Filing No. 50). The Indictment and Superseding Indictment having been dismissed, the motion will be granted.

**IT IS ORDERED** the material witness Melvin Arteaga-Marroquin is released from the U.S. Marshal's custody to the detainer lodged by the Bureau of Immigration and Customs Enforcement .

DATED this 17th day of March, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge